STATE OF NEW JERSEY v. ANIBAL PAGAN.

February 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL PICCIALLO.

February 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LUIS COLON.

February 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT THOMAS.

February 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. TOMMIE STOKES.

February 3, 1986.

Petition for certification denied.